IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>**David A. Kettren**<br><br>Debtor<br><br>**David A. Kettren**<br><br>Movant<br><br>v.<br><br>No Respondent | Bankruptcy No. 17-21649-CMB<br><br>Chapter **13**<br><br>Document Number: 25 |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Suzanne M. Bash PA I.D.#308662__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Pennsylvania Turnpike Commission
Central Office
P.O. Box 67676
Harrisburg, PA 17106

Linebarger, Goggan, Blair &
Sampson, LLP
Attorneys at Law
P.O. Box 90128
Harrisburg, PA 17109

RNR Custom Wheels &
Performance Tires
3944 William Penn Highway
Monroeville, PA 15146

By: **/s/ Suzanne M. Bash PA**
  Signature
**Suzanne M. Bash PA I.D.#308662**
Typed Name
**225 South Maple Avenue**
**Suite A**
**Greensburg, PA 15601**
Address
**724-832-0234 Fax:724-832-0211**
Phone No.
**I.D.#308662**
List Bar I.D. and State of Admission