**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                  Bankruptcy Case No.: 17-21649-CMB
David A. Kettren                                                                Chapter: 13

                                                                     Document No. 30

                                                                     Related to Document Nos. 26 & 28

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the   10th   day of  July 2017 , I served a copy of the within **Notice Regarding Modification to Mailing Matrix and Amended Schedule F** by : Prepaid United States First Class Mail

on the defendant(s) at:

Pennsylvania Turnpike Commission
Central Office
P.O. Box 67676
Harrisburg, PA 17106

Linebarger, Goggan, Blair &
Sampson, LLP
Attorneys at Law
P.O. Box 90128
Harrisburg, PA 17109

RNR Custom Wheels &
Performance Tires
3944 William Penn Highway
Monroeville, PA 15146


EXECUTED ON:  July 24, 2017            /s/Suzanne M. Bash, Esquire
                                                                         (Signature)

                                            Suzanne M. Bash
                                            225 South Maple Avenue
                                            Suite A
                                            Greensburg, PA 15601
                                            724-832-0234    PA ID 308662