UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

David A. Kettren                               :    No. 17-21649-CMB

       Debtors                             :    Chapter 13

Ally Financial                                 :    Related to Document No. 2, 24 & 32

       Movant                              :

vs.                                            :

David A. Kettren                               :
Ronda J. Winnecour, Trustee                    :

       Respondents                         :

## STIPULATION

Pursuant to the agreement of Ally Financial (hereinafter "**Ally**") and David A. Kettren (the "**Debtor**"), Ally's secured claim as it relates to the 2015 Kia Optima VIN No. KNAGM4A72F5649572 (the "Vehicle"), shall be paid according to the following treatment during the term of the Debtor's Chapter 13 Plan. Ally shall have a secured claim in the amount of $22,669.66 with interest accruing at 6.0% to be paid in the amount of $438.00 per month.

It is further agreed that the said Chapter 13 Plan dated April 21, 2017, shall incorporate the terms of this Stipulation as it relates to Ally's claim or if the Debtor files an amended Chapter 13 Plan, the amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to Ally's claim.

Ally shall retain its lien on the Vehicle until the Debtor's Chapter 13 Plan has been fully completed or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtor, Ally shall release its lien on the Vehicle.

This Stipulation shall become null and void, without further Order or Hearing, if the Debtor's underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

SO ORDERED:

Dated: August 21, 2017

_____
Carlota M. Bohm
United States Bankruptcy Judge

FILED
8/21/17 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

AGREED TO:

/s/ Suzanne M. Bash
Suzanne M. Bash, Esquire
Pa I.D. # 308662
225 South Maple Avenue
Suite A
Greensburg, PA 15601
(724) 832-0234
suzannembash@yahoo.com
Attorney for the Debtor


/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
bsolomon@tuckerlaw.com
Attorney for Ally Financial

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com


BANK_FIN:568454-1 024035-179911

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 17-21649-CMB
David A. Kettren                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe                  Page 1 of 1              Date Rcvd: Aug 21, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
db             +David A. Kettren,    502 Scott Street,    Penn, PA 15675-9707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Debtor David A. Kettren suzannembash@yahoo.com,    sooz1205@yahoo.com
                                                                                             TOTAL: 5