UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:    DAVID A. KETTREN

Chapter 13
Case Number: 17-21649

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Spot Loan by American InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 05/02/2017, marked as claim number 2 on the court's claims register, for the account number ending in 7010, and in the amount of $465.38.

Dated: 09/15/2017

/s/ Ashley Boswell

Spot Loan by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 5900052Withdraw

7010