# PROCEEDING MEMO

**Date:** 11/29/2017 10:00 am

**In re:** David A. Kettren

Bankruptcy No. 17-21649-CMB
Chapter: 13
Doc. # 2

**Appearances:** Matthew Comey for Credit Union

**Movant(s):** (Winnecour) / Bedford / Pail / Katz

**Respondent(s):** Suzanne M. Bash ; ~~James C. Warmbrodt~~
for Debtor

**Creditor(s):**

**Nature of Proceeding:** Contested Plan Hearing re: #2 Chapter 13 Plan Dated 4/21/17

**Additional Pleadings:** #20 Objection to Confirmation of Plan by Harley-Davidson Credit Corporation; #36 Conciliation Conference Minutes

**Judge's Notes:** Cont'd to conciliation on Dec. 21, 2017 at 2:30 p.m.

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/29/17 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA