IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **David A. Kettren** | : | Bankruptcy No. 17-21649-CMB |
| | : | |
| | : | Chapter **13** |
| Debtor | : | |
| | : | Document No. **42** |
| **David A. Kettren** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __Suzanne M. Bash PA I.D.#308662__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Penn Borough Sewage
600 North Railroad Street
Penn, PA 15675

By: **/s/ Suzanne M. Bash PA**
 Signature
**Suzanne M. Bash PA I.D.#308662**
Typed Name
**231 South Main Street, Suite 310**
**Greensburg, PA 15601-3229**
Address
**(724) 832-0234 Fax:(724) 837-5617**
Phone No.
**I.D.#308662 PA**
List Bar I.D. and State of Admission