**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:  Bankruptcy Case No.: 17-21649-CMB
David A. Kettren  Chapter: 13

Document No. 45

Related to Document No. 42 & 43

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __11th__ day of __July 2018__, I served a copy of the within **Notice Regarding Modification to Mailing Matrix and Amended Schedule F** by : Prepaid United States First Class Mail

on the defendant(s) at:

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower, 600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee, Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA, 15219

Pennsylvania Turnpike Commission
Central Office
P.O. Box 67676
Harrisburg, PA 17106

Linebarger, Goggan, Blair &
Sampson, LLP
Attorneys at Law
P.O. Box 90128
Harrisburg, PA 17109

RNR Custom Wheels &
Performance Tires
3944 William Penn Highway
Monroeville, PA 15146

Afni, Inc.
Attn: Bankruptcy
P.O. Box 3427
Bloomington, IL 61702

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

AMCA/Amer Medical
Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523

AT & T Mobility
5565 Glenridge Connector
Atlanta, GA 30349

BBS Advance Cash
P.O. Box 10
Parshall, ND 58770

Carecentrix
20 Church Street, Suite 900
Hartford, CT 06103

Columbia Gas of PA
121 Champion Way, #100
Canonsburg, PA 15317

Comcast
1500 Market Street
Floor 33E
Philadelphia, PA 19102

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Protection Association
P.O. Box 802068
Dallas, TX 75380

Direct TV
PO Box 6550
Englewood, CO 80155

Diversified Consultant
P.O. Box 551268
Jacksonville, FL 32255

East Suburban Sports Med Center
One Franklin Centre
4115 William Penn Highway
Murrysville, PA 15668

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104

Harley Davidson Financial
Attention: Bankruptcy
P.O. Box 22048
Carson City, NV 89721

Internal Revenue Service
Special Procedure Branch
PO Box 526
Pittsburgh, PA 15222

Norwin Teachers Federal Credit Union
183 Clay Pike
North Huntingdon, PA 15642

Penn Credit
Attn: Bankruptcy
P.O. Box 988
Harrisburg, PA 17108

Peoples Natural Gas
P.O. Box 9035
Addison, TX 75001

Safco
5900 Lake Ellenor Drive
Orlando, FL 32809

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566

Southwest Credit System
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Spotloan
P.O. Box 927
Palatine, IL 60078

Sprint
6391 Sprint Parkway
Overland Park, KS 66251

Tek Collect
P.O. Box 1269
Columbus, OH 43216

West Penn Power
P.O. Box 3687
Akron, OH 44309

| | |
|---|---|
| Western PA Anesthesia Associates<br>4727 Friendship Avenue, Suite 240<br>Pittsburgh, PA 15224 | Westmoreland Water Authority<br>124 Park N. Pool Drive<br>New Stanton, PA 15672 |
| | Penn Borough Sewage<br>600 North Railroad Street<br>Penn, PA 15675 |
| EXECUTED ON:  July 11, 2018 | /s/Suzanne M. Bash, Esquire<br>      (Signature) |
| | Suzanne M. Bash<br>231 South Main Street, Suite 310<br>Greensburg, PA 15601<br>724-832-0234    PA ID 308662 |