**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David A. Kettren**
   Debtor(s)

Bankruptcy Case No.: 17–21649–CMB

Chapter: 13
Docket No.: 49 – 48
Concil. Conf.: August 22, 2019 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 13, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 22, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 14, 2019                                                                   Carlota M. Bohm
                                                                                   United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 17-21649-CMB
David A. Kettren                                                Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                  Page 1 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 410                Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db             +David A. Kettren,    502 Scott Street,    Penn, PA 15675-9707
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
14407439       +AMCA/Amer Medical,    Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
14407441       +BBS Advance Cash,    P.O. Box 10,    Parshall, ND 58770-0010
14407443      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,      PO Box 117,    Columbus, OH 43216)
14407442       +Carecentrix,    20 Church Street, Suite 900,    Hartford, CT 06103-1248
14407446       +Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
14407447      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO Box 6550,    Englewood, CO 80155)
14407451       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
14416967       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14407453        Internal Revenue Service,    Special Procedure Branch,    PO Box 526,    Pittsburgh, PA 15222
14656297       +Linebarger, Goggan, Blair &,    Sampson, LLP,    Attorneys at Law,    P.O. Box 90128,
                 Harrisburg, PA 17109-0128
14407454       +Norwin Teachers Federal Credit Union,     183 Clay Pike,    North Huntingdon, PA 15642-2005
14879363       +Penn Borough Sewage,    600 North Railroad Street,     Penn, PA 15675-9713
14407455       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14407456       +Penn Township Sewage Authority,    1032 Nike Site Road,     Irwin, PA 15642-4812
14656296       +Pennsylvania Turnpike Commission,     Central Office,    P.O. Box 67676,
                 Harrisburg, PA 17106-7676
14407457       +Peoples Natural Gas,    P.O. Box 9035,    Addison, TX 75001-9035
14675872        Pinnacle Credit Services, LLC its successors and,      assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14656298       +RNR Custom Wheels &,    Performance Tires,    3944 William Penn Highway,
                 Monroeville, PA 15146-2407
14407461       +Spotloan,   P.O. Box 927,    Palatine, IL 60078-0927
14407463       +Tek Collect,    P.O. Box 1269,    Columbus, OH 43216-1269
14407465       +Western PA Anesthesia Associates,    4727 Friendship Avenue, Suite 240,
                 Pittsburgh, PA 15224-1778
14407466       +Westmoreland Water Authority,    124 Park N. Pool Drive,     New Stanton, PA 15672-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14407440       +E-mail/Text: g20956@att.com Jun 15 2019 02:27:41      AT & T Mobility,
                 5565 Glenridge Connector,    Atlanta, GA 30342-4756
14407437       +E-mail/Text: EBNProcessing@afni.com Jun 15 2019 02:27:25      Afni, Inc.,    Attn: Bankruptcy,
                 P.O. Box 3427,    Bloomington, IL 61702-3427
14414953        E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 02:26:30      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14407438       +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 02:26:30      Ally Financial,
                 P.O. Box 380901,    Minneapolis, MN 55438-0901
14407444       +E-mail/Text: documentfiling@lciinc.com Jun 15 2019 02:26:27      Comcast,    1500 Market Street,
                 Floor 33E,    Philadelphia, PA 19102-2107
14407445       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 15 2019 02:27:37
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14407448       +E-mail/Text: bankruptcynotices@dcicollect.com Jun 15 2019 02:27:41      Diversified Consultant,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
14407449       +E-mail/Text: essmc@essmc.com Jun 15 2019 02:27:39      East Suburban Sports Med Center,
                 One Franklin Centre,    4115 William Penn Highway,    Murrysville, PA 15668-1887
14407450       +E-mail/Text: bknotice@ercbpo.com Jun 15 2019 02:27:23      Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14407452       +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 15 2019 02:27:44      Harley Davidson Financial,
                 Attention: Bankruptcy,    P.O. Box 22048,    Carson City, NV 89721-2048
14407462        E-mail/Text: appebnmailbox@sprint.com Jun 15 2019 02:27:06      Sprint,    6391 Sprint Parkway,
                 Overland Park, KS 66251
14407458       +E-mail/Text: legal@gosafco.com Jun 15 2019 02:26:30      Safco,    5900 Lake Ellenor Drive,
                 Orlando, FL 32809-4643
14407459       +E-mail/Text: bankruptcy@sccompanies.com Jun 15 2019 02:28:04      Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14407460       +E-mail/Text: bankruptcy@sw-credit.com Jun 15 2019 02:27:12      Southwest Credit System,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14415833       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2019 02:34:51      Spot Loan,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14644572       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2019 02:34:05      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14407464       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:18      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14648065       +E-mail/Text: bankruptcy@firstenergycorp.com Jun 15 2019 02:27:17      West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 18
```

```
District/off: 0315-2          User: dsaw                  Page 2 of 2                  Date Rcvd: Jun 14, 2019
                              Form ID: 410                Total Noticed: 42


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr*            +Norwin Teachers Federal Credit Union,   183 Clay Pike,   North Huntingdon, PA 15642-2005
cr*            +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                      TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor   Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Debtor David A. Kettren suzannembash@yahoo.com,  sooz1205@yahoo.com
              Tiffany Worosz    on behalf of Creditor   Norwin Teachers Federal Credit Union
               tworosz@covellilaw.com
                                                                                             TOTAL: 6
```