Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David A. Kettren** | : | Case No. 17−21649−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 48 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this ***The 15th of August, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21649-CMB
David A. Kettren                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 309            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
```
db             +David A. Kettren,    502 Scott Street,    Penn, PA 15675-9707
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
14407439       +AMCA/Amer Medical,    Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
14407441       +BBS Advance Cash,    P.O. Box 10,    Parshall, ND 58770-0010
14407443      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 117,   Columbus, OH 43216)
14407442       +Carecentrix,    20 Church Street, Suite 900,    Hartford, CT 06103-1248
14416967       +Harley-Davidson Credit Corp.,     PO Box 9013,   Addison, Texas 75001-9013
14407453        Internal Revenue Service,    Special Procedure Branch,    PO Box 526,   Pittsburgh, PA 15222
14656297       +Linebarger, Goggan, Blair &,     Sampson, LLP,   Attorneys at Law,    P.O. Box 90128,
                 Harrisburg, PA 17109-0128
14407454       +Norwin Teachers Federal Credit Union,     183 Clay Pike,   North Huntingdon, PA 15642-2005
14879363       +Penn Borough Sewage,    600 North Railroad Street,    Penn, PA 15675-9713
14407455       +Penn Credit,    Attn: Bankruptcy,    P.O. Box 988,   Harrisburg, PA 17108-0988
14407456       +Penn Township Sewage Authority,     1032 Nike Site Road,   Irwin, PA 15642-4812
14656296       +Pennsylvania Turnpike Commission,     Central Office,   P.O. Box 67676,
                 Harrisburg, PA 17106-7676
14407457       +Peoples Natural Gas,    P.O. Box 9035,    Addison, TX 75001-9035
14675872        Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14656298       +RNR Custom Wheels &,    Performance Tires,    3944 William Penn Highway,
                 Monroeville, PA 15146-2407
14407461       +Spotloan,    P.O. Box 927,    Palatine, IL 60078-0927
14407463       +Tek Collect,    P.O. Box 1269,    Columbus, OH 43216-1269
14407465       +Western PA Anesthesia Associates,     4727 Friendship Avenue, Suite 240,
                 Pittsburgh, PA 15224-1778
14407466       +Westmoreland Water Authority,     124 Park N. Pool Drive,   New Stanton, PA 15672-2404
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14407440       +EDI: CINGMIDLAND.COM Aug 16 2019 06:28:00      AT & T Mobility,    5565 Glenridge Connector,
                 Atlanta, GA 30342-4756
14407437       +EDI: AFNIRECOVERY.COM Aug 16 2019 06:28:00      Afni, Inc.,    Attn: Bankruptcy,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
14414953        EDI: GMACFS.COM Aug 16 2019 06:28:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14407438       +EDI: GMACFS.COM Aug 16 2019 06:28:00      Ally Financial,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
14407444       +EDI: COMCASTCBLCENT Aug 16 2019 06:33:00      Comcast,   1500 Market Street,    Floor 33E,
                 Philadelphia, PA 19102-2107
14407445       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 16 2019 02:39:10
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14407446       +EDI: CREDPROT.COM Aug 16 2019 06:28:00      Credit Protection Association,    P.O. Box 802068,
                 Dallas, TX 75380-2068
14407447        EDI: DIRECTV.COM Aug 16 2019 06:28:00      Direct TV,    PO Box 6550,   Englewood, CO 80155
14407448       +EDI: DCI.COM Aug 16 2019 06:33:00      Diversified Consultant,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
14407449       +E-mail/Text: essmc@essmc.com Aug 16 2019 02:39:13       East Suburban Sports Med Center,
                 One Franklin Centre,    4115 William Penn Highway,    Murrysville, PA 15668-1887
14407450       +E-mail/Text: bknotice@ercbpo.com Aug 16 2019 02:38:58       Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
14407451       +EDI: AMINFOFP.COM Aug 16 2019 06:33:00      First Premier Bank,    601 South Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
14407452       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 16 2019 02:39:17       Harley Davidson Financial,
                 Attention: Bankruptcy,    P.O. Box 22048,    Carson City, NV 89721-2048
14407462        EDI: NEXTEL.COM Aug 16 2019 06:28:00      Sprint,   6391 Sprint Parkway,
                 Overland Park, KS 66251
14407458       +E-mail/Text: legal@gosafco.com Aug 16 2019 02:38:28       Safco,   5900 Lake Ellenor Drive,
                 Orlando, FL 32809-4643
14407459       +EDI: CBS7AVE Aug 16 2019 06:33:00      Seventh Avenue,    1112 7th Avenue,
                 Monroe, WI 53566-1364
14407460       +EDI: SWCR.COM Aug 16 2019 06:33:00      Southwest Credit System,    4120 International Parkway,
                 Suite 1100,   Carrollton, TX 75007-1958
14415833       +EDI: AIS.COM Aug 16 2019 06:28:00      Spot Loan,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14644572       +EDI: AIS.COM Aug 16 2019 06:28:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14407464       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 16 2019 02:38:57       West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
14648065       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 16 2019 02:38:56       West Penn Power,
                 5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                               TOTAL: 21
```

```
District/off: 0315-2          User: jhel              Page 2 of 2             Date Rcvd: Aug 15, 2019
                              Form ID: 309            Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr*            +Norwin Teachers Federal Credit Union,   183 Clay Pike,   North Huntingdon, PA 15642-2005
cr*            +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
```
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Suzanne M. Bash    on behalf of Debtor David A. Kettren suzannembash@yahoo.com,   sooz1205@yahoo.com
              Tiffany Worosz    on behalf of Creditor    Norwin Teachers Federal Credit Union
               tworosz@covellilaw.com
                                                                                          TOTAL: 6
```