**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID A. KETTREN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:17-21649

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/21/2017 and confirmed on 05/31/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 19,052.44 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 19,052.44 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 834.79 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,334.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ALLY FINANCIAL(*) | 22,669.66 | 7,508.12 | 2,109.22 | 9,617.34 |
| Acct: 4918 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 5,896.65 | 1,764.03 | 473.04 | 2,237.07 |
| Acct: 3616 | | | | |
| NORWIN TEACHERS FCU | 7,032.00 | 2,863.24 | 0.00 | 2,863.24 |
| Acct: 2974 | | | | |
| | | | | 14,717.65 |
| **Priority** | | | | |
| SUZANNE M BASH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A. KETTREN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUZANNE M BASH ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 951.24 | 0.00 | 0.00 | 0.00 |
| Acct: 0037 | | | | |

***N O N E***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5551 | | | | |
| BBS ADVANCE CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CARE CENTRIX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3817 | | | | |
| COLUMBIA GAS OF PA INC(*) | 633.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0037 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5269 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6659 | | | | |
| EAST SUBURBAN SPORTS MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1505 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2616 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0037 | | | | |
| PENN TOWNSHIP (WESTMORELAND CTY) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8730 | | | | |
| SAFECO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5501 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 957O | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR $ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7010 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WEST PENN POWER* | 781.10 | 0.00 | 0.00 | 0.00 |
| Acct: 8893 | | | | |
| WESTERN PA ANESTHEIA ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6290 | | | | |
| WESTMORELAND WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 343.52 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| NORWIN TEACHERS FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PA TURNPIKE COMMISSION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3292 | | | | |
| RNR TIRE EXPRESS & CUSTOM WHEELS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3490 | | | | |
| SPOTLOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSIG | 452.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PENN BOROUGH SEWAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 72 | | | | |
| COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5551 | | | | |
| AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3817 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-21649 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
    Acct: 6290

| | CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 8730

| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 6659

| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 6563

| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 1814

| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 5269

| | TEK COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |

    Acct: 1505

\*\*\*N O N E\*\*\*

**TOTAL PAID TO CREDITORS**      14,717.65

TOTAL CLAIMED
PRIORITY      951.24
SECURED      35,598.31
UNSECURED      2.211.41

Date: 09/16/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com